**STATE of Louisiana**

v.

**Dermaine NORMAN**

**NO. 2016-KK-1625**

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of St. John, 40th Judicial District Court Div. C, No. 2012-CR-337 (2); to the Court of Appeal, Fifth Circuit, No. 16-K-351

Denied.

HUGHES, J., would grant.

**Tracie Marie FUSSELL**

v.

**Francisco David DEAN, Kathy Britt**

**NO. 2016-CJ-1762**

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. L, No. 638-908; to the Court of Appeal, Fifth Circuit, No. 16-C-471

Not considered. Not timely filed. See Supreme Court Rule X, § 5.

**STATE of Louisiana**

v.

**Jeffrey KRUEBBE**

**NO. 2016-OK-1772**

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, Jefferson Parish Second City Court, No. S1285600

Denied.

**IN RE: APPEAL OF THE DISCIPLINARY BOARD NO. 15-PDB-157**

**NO. 2016-OB-1207**

Supreme Court of Louisiana.

October 10, 2016

Applying For Appeal of the Decision of the Disciplinary Board Office of Disciplinary Board, No. 15-PDB-157.

Leave to appeal denied.